UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN GODERT, AND ALL SIMILARLY SITUATED EMPLOYEES | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION No. 3:16-cv-2079-G |
| PALO ALTO NETWORKS, INC., | § § § | |
| Defendant. | § | |

**PLAINTIFF KEVIN GODERT'S CERTIFICATE OF
INTERESTED PERSONS**

Plaintiff Kevin Godert hereby submits this his Certificate of Interested Persons as follows:

**I.
CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiff files this separately signed certificate of interested persons. Plaintiff identifies the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parents or subsidiary corporations, or other legal entities who or which are financially interested in the case:

1. Kevin Godert — Plaintiff
2. Similarly Situated Employees — Plaintiffs
3. Flannigan Law Firm, P.L.L.C. — Plaintiffs' attorneys
4. Palo Alto Networks, Inc. — Defendant
5. Ogletree, Deakins, Nash, Smoak & Stewart, P.C. — Defendant's attorneys

Respectfully submitted,

By: */s/ Paul A. Flannigan*
Paul A. Flannigan
State Bar No. 24012633
paul@flanniganlawfirm.com
Nicholas W. Tedford
State Bar No. 24066179
nick@flanniganlawfirm.com
Rebecca G. Shapiro
State Bar No. 24073551
becky@flanniganlawfirm.com

**FLANNIGAN LAW FIRM, P.L.L.C.**
3550 Parkwood Blvd, A201
Frisco, Texas 75034
Phone: 972-383-9377
Fax:    (844) 287-8882
www.flanniganlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Defendant's Counsel:

John B. Brown
Britney Harrison Dieng
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Preston Commons West, Suite 500
8117 Preston Road
Dallas, Texas 75225

*/s/ Paul A. Flannigan*
Paul A. Flannigan