UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEVIN GODERT, AND ALL SIMILARLY SITUATED EMPLOYEES § § § § Plaintiffs, § § v. § § PALO ALTO NETWORKS, INC., § § Defendant. § § § | CIVIL ACTION No. 3:16-cv-2079-G |

## DEFENDANT'S EXHIBIT LIST

Defendant, Palo Alto Networks, Inc., files its Exhibit List pursuant to the Court's Scheduling Order dated December 12, 2016. Additionally, included herewith is Plaintiff's Statement agreeing to the admissibility of Defendant's Exhibits.

| NO. | DESCRIPTION OF EXHIBIT |
|---|---|
| 1. | Offer of Employment Letter dated 10/1/2013 (PAN_000041-48) |
| 2. | Resignation email chain (PAN_000247-248) |
| 3. | Plan Summary: Year 2014 (PLTF 0126-134) |
| 4. | Plan Summary: Year 2015 accepted by Plaintiff on 9/23/14 (PAN_000075-79) |
| 5. | Plan Summary: Year 2015 accepted by Plaintiff on 12/2/14 (PAN_000080-84) |
| 6. | 2015 SBDR Plan Summary accepted by Plaintiff on 2/10/15 (PAN_000085-90) |
| 7. | 2016 Plan Summary accepted by Plaintiff on 8/31/15 (PAN_000091-99) |
| 8. | 2016 Plan Summary accepted by Plaintiff on 12/9/15 (PAN_000100-108) |
| 9. | Email from Josh Hoffman dated 10/20/15 (PAN__000353-354) |
| 10. | Commission emails sent to Plaintiff (PLTF 0051-59; PLTF 0107-111; 0135-155) |
| 11. | Email regarding Plaintiff's January 2016 Commission Check (PAN_000241-242) |
| 12. | Annual Performance Review-FY 15 (PAN_000109-114) |
| 13. | Year End Performance Feedback (PAN__000115-118) |

| NO. | DESCRIPTION OF EXHIBIT |
|---|---|
| 14. | Employee Handbook (Revised 6/12/12) (PAN_000146-193) |
| 15. | Employee Handbook (Revised 4/14) (PAN_000194-000240) |
| 16. | Plaintiff's 2013 Earning Statements (PLTF 0001-8) |
| 17. | Plaintiff's 2013 W-2 from PAN (PLTF 0009-12) |
| 18. | Plaintiff's 2014 Earning Statements (PAN_000260-000291; PLTF 0013-23; 0026-50) |
| 19. | Plaintiff's 2014 W-2 from PAN (PAN_000292; PLTF 0024-25) |
| 20. | Plaintiff's 2015 Earning Statements (PAN_000293-331; PLTF 0060-0097) |
| 21. | Plaintiff's 2015 W-2 from PAN (PAN_000332; PLTF_0098-99) |
| 22. | Plaintiff's 2016 Earning Statements (PAN_000333-340; PLTF 0100-106) |
| 23. | Plaintiff's 2016 W-2 (PLTF 219-220) |
| 24. | Badge Swipe Records (PAN_000889-937) and (PAN_001000-1022) |
| 25. | Video of entrance and exits |
| 26. | Review of video documentation (PAN_001023) |
| 27. | Pay Increase Letter 11/1/15 (PLTF 0181) |
| 28. | Employee Summary (PAN_000056-59) |
| 29. | Plaintiff's Resume (PAN_000064-67) |
| 30. | Code of Business Conduct and Ethics (Effective as of 5/23/13) (PAN_00120-135) |
| 31. | Code of Business Conduct and Ethics (Effective 2015) (PAN_000136-145) |
| 32. | Email (PLTF 00165-168) |
| 33. | Plaintiff's Verified Interrogatory Responses |
| 34. | Plaintiff's Initial Disclosures |
| 35. | Plaintiff's Resume #2 (PAN_000742-744) |