UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GODERT V. PALO ALTO NETWORKS, INC.

NO. 3:16-CV-2079-G

PLAINTIFF'S ADMITTED EXHIBIT LIST

| NO. | DESCRIPTION OF EXHIBIT |
|---|---|
| 2 | Commission Plan Summary: 2015, version 1 (PAN 75-79) |
| 3 | Commission Plan Summary: 2015, version 2 (PAN 80-84) |
| 5 | Commission Plan Summary: 2016 (PAN 91-99) |
| 6 | Commission Plan Summary: 2016 (PAN 100-108) |
| 7 | Commission email chain including Anjali Mahta (PAN 241-242) |
| 11 | Plaintiff's earning statements from 2014 to 2016 (PAN 260-340) |
| 13 | Email from Josh Hoffman regarding new compensation tracking (PAN 353-354) |
| 14 | PAN document entitled "Hire an Employee" with job specifics (PAN 56-58) |
| 15 | Plaintiff's performance reviews of Plaintiff (PAN 109-118) |
| 16 | Email between Plaintiff and Anjali Mehta regarding commission calculations (PLTF 0119) |
| 17 | Plaintiff's commission calculations for 2014 (PLTF 51-59; 165-168) |
| 21 | Kevin Hemphill email to team subordinates re compensation (PLTF 253-254) |
| 28 | Defendant's Interrogatory Responses |
| 29 | Defendant's Initial Disclosures |
| 30 | Defendant's Responses to Requests for Production |

20   Meeting invitation from Kevin Hemphill
22   Email between Kevin Hemphill and Plaintiff regarding employee recognition